IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRMGARD MARTINO | : |
| Plaintiff, | : |
| v. | : |
| HARTFORD INSURANCE COMPANY OF ILLINOIS | : CIVIL ACTION |
| | : NO. 14-CV-1953 |
| Defendant. | : |

**ORDER**

AND NOW, this 23rd day of April, 2014, upon consideration of Plaintiff's Motion to Remand to State Court (Doc. No. 5) and Defendant's Response in Opposition thereto (Doc. Nos. 6, 7), it is hereby ORDERED that the Motion is GRANTED.[3] The instant matter is REMANDED to the Court of Common Pleas of Philadelphia County under No. 1402-3083.

BY THE COURT:

_J. Curtis Joyner_
J. CURTIS JOYNER, J.

---

[3] Because the Court lacks jurisdiction over the above-captioned case, Defendant's Second Motion to Dismiss Paragraphs 22(a),(b) and (d) (Doc. No. 4) is hereby DENIED without prejudice.